No. 78–1873. GABAUER ET AL. *v.* WOODCOCK ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–1877. VISERTO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–1879. GALANTE ET AL. *v.* STEEL CITY NATIONAL BANK OF CHICAGO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–1880. BOARD OF ASSESSORS OF THE CITY OF BOSTON *v.* TREGOR, TRUSTEE. Sup. Jud. Ct. Mass. Certiorari denied.

No. 78–1883. EXECUTIVE JET AVIATION, INC. *v.* BOYLE, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied.

No. 78–1884. LERNER, ADMINISTRATOR *v.* HAAS ET AL. Sup. Ct. Pa. Certiorari denied.

No. 78–1885. DELAPLANE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–1886. SIRICO ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–1887. SMITH *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF THE SUPREME COURT OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 78–1889. BUTLER ET AL. *v.* GOLDBLATT BROS., INC., ET AL.; and
No. 78–1908. KOWALSKI ET AL. *v.* BUTLER ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 589 F. 2d 323.

No. 78–1890. FRISSELL *v.* RIZZO, MAYOR OF PHILADELPHIA, ET AL. C. A. 3d Cir. Certiorari denied.